SHELTON, ADMINISTRATOR, RESPONDENT, *v.* INTER-MOUNTAIN TRANSPORTATION CO., APPELLANT.

(No. 8332.)

· (Submitted October 6, 1943. Decided December 3, 1943.)

[143 Pac. (2d) 898.]

*Messrs. Glover, S. B. Chase, Jr.,* and *John D. Stephenson,* for Appellant.

*Mr. I. W. Church* and *Mr. G. G. Harris,* for Respondent.

MR. JUSTICE MORRIS delivered the opinion of the court. The evidence in this case and the questions involved are substantially the same as those involved in *Ferron* v. *Intermountain Transportation Company,* this day decided, and a like ruling is made in this case affirming the order of the lower court.

MR. CHIEF JUSTICE JOHNSON and ASSOCIATE JUSTICES ERICKSON, ANDERSON and ADAIR concur.

Rehearing denied December 21, 1943.